**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: BERG, DAVID B § Case No. 16-82672
BERG, CAROLYN §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $306,500.00 *(without deducting any secured claims)* | Assets Exempt: $31,500.00 |
| Total Distribution to Claimants: $2,974.43 | Claims Discharged Without Payment: $37,377.40 |
| Total Expenses of Administration: $1,025.57 | |

    3) Total gross receipts of $ 4,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $328,059.00 | $90,000.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,025.57 | 1,025.57 | 1,025.57 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 15,937.00 | 27,815.83 | 27,815.83 | 2,974.43 |
| **TOTAL DISBURSEMENTS** | $343,996.00 | $118,841.40 | $28,841.40 | $4,000.00 |

4) This case was originally filed under Chapter 7 on November 14, 2016. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/19/2017        By: /s/JAMES E. STEVENS
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Income Tax retund | 1224-000 | 4,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3S | Durand State Bank | 4210-000 | N/A | 90,000.00 | 0.00 | 0.00 |
| NOTFILED | Bank of America | 4110-000 | 19,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Niu Employees Cu | 4110-000 | 19,945.00 | N/A | N/A | 0.00 |
| NOTFILED | Durand State Bank | 4110-000 | 113,518.00 | N/A | N/A | 0.00 |
| NOTFILED | Associated Bank | 4110-000 | 175,596.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$328,059.00** | **$90,000.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JAMES E. STEVENS | 2100-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 5.57 | 5.57 | 5.57 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,025.57 | $1,025.57 | $1,025.57 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 551.00 | 569.11 | 569.11 | 60.86 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 212.17 | 212.17 | 22.69 |
| 3U | Durand State Bank | 7100-000 | N/A | 24,421.69 | 24,421.69 | 2,611.48 |
| 4 | U.S. Bank National Association | 7100-000 | 2,850.00 | 2,504.22 | 2,504.22 | 267.78 |
| 5 | Verizon | 7100-000 | N/A | 108.64 | 108.64 | 11.62 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Cbna | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap1/ymaha | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card | 7100-000 | 3,009.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap1/suzki | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Niu Employees Cu | 7100-000 | 7,540.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank/maurices | 7100-000 | 154.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank/dressbrn | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap1/mnrds | 7100-000 | 1,833.00 | N/A | N/A | 0.00 |
| NOTFILED | Syncb/jcp | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bk Of Amer | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Am ex | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap1/bstby | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap One | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap1/frnrw | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $15,937.00 | $27,815.83 | $27,815.83 | $2,974.43 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-82672  
**Case Name:** BERG, DAVID B  
BERG, CAROLYN  
**Period Ending:** 09/19/17  

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 11/14/16 (f)  
**§341(a) Meeting Date:** 12/22/16  
**Claims Bar Date:** 06/12/17  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1650 Limekiln Rd, Oregon, IL | 195,000.00 | 0.00 | | 0.00 | FA |
| 2 | 1228 N. Rockton Ave, Rockford, IL | 61,000.00 | 0.00 | | 0.00 | FA |
| 3 | checking: Associated Bank | 200.00 | 0.00 | | 0.00 | FA |
| 4 | older household furniture & personal belongings | 1,500.00 | 0.00 | | 0.00 | FA |
| 5 | computer,tvs, cell phones | 300.00 | 0.00 | | 0.00 | FA |
| 6 | necessary wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 7 | wedding rings & misc. costume jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 8 | employer provided term life policy | 0.00 | 0.00 | | 0.00 | FA |
| 9 | whole life policy w/ Thrivent Financial: spouse | 6,500.00 | 0.00 | | 0.00 | FA |
| 10 | whole life policy w/ Thrivent Financial: spouse | 6,500.00 | 0.00 | | 0.00 | FA |
| 11 | pension: pension w/ Local 23 | Unknown | 0.00 | | 0.00 | FA |
| 12 | pension: pension w/ SURS | Unknown | 0.00 | | 0.00 | FA |
| 13 | 401K: employer porvided | 11,000.00 | 0.00 | | 0.00 | FA |
| 14 | 2004 Ford F150 | 2,000.00 | 0.00 | | 0.00 | FA |
| 15 | 2000 Saturn SL2 | 200.00 | 0.00 | | 0.00 | FA |
| 16 | 1996 Saturn SL1 | 200.00 | 0.00 | | 0.00 | FA |
| 17 | 2002 Ford Taurus | 200.00 | 0.00 | | 0.00 | FA |
| 18 | 1991 Ford Mustang | 200.00 | 0.00 | | 0.00 | FA |
| 19 | 2003 Suzuki 400z 4 wheeler | 500.00 | 0.00 | | 0.00 | FA |
| 20 | 2003 Yamaha wolvereen 4 wheeler | 500.00 | 0.00 | | 0.00 | FA |
| 21 | 2012 Chrysler Town & Country | 19,000.00 | 0.00 | | 0.00 | FA |
| 22 | 1984 Bobcat 540 | 1,200.00 | 0.00 | | 0.00 | FA |
| 23 | Income Tax retund  (u) | Unknown | 4,000.00 | | 4,000.00 | FA |
| 23 | Assets    Totals (Excluding unknown values) | **$306,500.00** | **$4,000.00** | | **$4,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-82672  
**Case Name:** BERG, DAVID B  
BERG, CAROLYN  
**Period Ending:** 09/19/17

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 11/14/16 (f)  
**§341(a) Meeting Date:** 12/22/16  
**Claims Bar Date:** 06/12/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** June 15, 2017        **Current Projected Date Of Final Report (TFR):** June 15, 2017  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 16-82672  
**Case Name:** BERG, DAVID B  
BERG, CAROLYN  
**Taxpayer ID #:** **-***9802  
**Period Ending:** 09/19/17

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4566 - Checking Account  
**Blanket Bond:** $4,396,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/24/17 | {23} | david Berg | income tax refund | 1224-000 | 4,000.00 | | 4,000.00 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,990.00 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,980.00 |
| 06/05/17 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2017 FOR CASE #16-82672, Bond#016018067 | 2300-000 | | 5.57 | 3,974.43 |
| 07/27/17 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $1,000.00, Trustee Compensation; Reference: | 2100-000 | | 1,000.00 | 2,974.43 |
| 07/27/17 | 103 | Discover Bank | Dividend paid 10.69% on $569.11; Claim# 1; Filed: $569.11; Reference: | 7100-000 | | 60.86 | 2,913.57 |
| 07/27/17 | 104 | Quantum3 Group LLC as agent for | Dividend paid 10.69% on $212.17; Claim# 2; Filed: $212.17; Reference: | 7100-000 | | 22.69 | 2,890.88 |
| 07/27/17 | 105 | Durand State Bank | Dividend paid 10.69% on $24,421.69; Claim# 3U; Filed: $24,421.69; Reference: | 7100-000 | | 2,611.48 | 279.40 |
| 07/27/17 | 106 | U.S. Bank National Association | Dividend paid 10.69% on $2,504.22; Claim# 4; Filed: $2,504.22; Reference: | 7100-000 | | 267.78 | 11.62 |
| 07/27/17 | 107 | Verizon | Dividend paid 10.69% on $108.64; Claim# 5; Filed: $108.64; Reference: | 7100-000 | | 11.62 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 4,000.00 | 4,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 4,000.00 | 4,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $4,000.00 | $4,000.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******4566 | 4,000.00 | 4,000.00 | 0.00 |
| | $4,000.00 | $4,000.00 | $0.00 |

{} Asset reference(s)